UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: NURTURE BABY FOOD LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Master File No. 1:21-CV-1217-MKV<br><br>Hon. Mary Kay Vyskocil |

**NOTICE OF MOTION FOR APPOINTMENT OF STEVEN L. BLOCH AND AARON ZIGLER AS INTERIM CO-LEAD CLASS COUNSEL PURSUANT TO FED. R. CIV. R. 23(g)**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 23(g) and the Court's order of August 30, 2021, Plaintiffs Meagan Albert, Angela Arrowsmith, Elizabeth Austin, Alyssa Megan Barb, Courtney Barron, Ashley Baxter, Brittany Bennett, Crystal Brinig, Augustina Briones, Camarie Broomfield, Ana Butkus, Mayelin Carranza, Samantha Clark, Melanie Cole, Kimberly Conway, Michelle Corbett, Angela Cox, Brandy Davis, Kaley Deford, Chelzy Desvigne, Brittany Distaso, Alana Doyeto, Sudipta Dutta, Samantha Edwards, Ayame Tatiana Galassini, Marcela García, Kelsey Glennon, Christina Gordon, Austin Gundersen, Amanda Hill, Shannon Herrington, Lillian Hinkle, Amanda Hobbs-Rogers, Yuhwa Jang, Rebecca Keeton, Sara Kilburn, Sarah Knaapen, Karleen Kozaczka, April Lockhart, Andrew Lohse, Lori Ann Louis, Samantha Lui, Ashley Martinez, Elizabeth McDowell, Lori-Ann Mckenzie-Henry, Janice Taina Mercado Guadalupe, Lyrik Merlin, Loukevia Moore, Andrea Mozo, Leah Ostapchenko, Corinthea Pangelinan, Mia Pelletier, Ashley Pierce, Janinne Price, Debbie Reed, Kassandra Romero, Maggie Rouse, Bridget Salopek, Lea Santos, Amanda Schram, Porsche Stokes, Rachel Stratton, Ashley Swenningson, Margo Tezeno, Shiloh Thomas, Casey Tisdale, Rachael Treetop, Sonja Renée Twiggs, Brittany Wallace, Natalie Williams, Amber Wright, Retrena Younge, Charisse Zapata, and Christen Zulli, the plaintiffs in *Albert, et al. v. Nurture Inc.*, 1:21-CV-08030 (S.D.N.Y.) will and do hereby move this Court before the

Honorable Mary Kay Vyskocil, United States District Court, Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 18C, New York, New York 10007-1312, for an Order for the appointment of Steven L. Bloch and Aaron Zigler as Interim Co-Lead Class Counsel.

The Motion is based on the accompanying Memorandum of Law, the accompanying Declarations of Steven L. Bloch and Aaron Zigler and the exhibits thereto, and any other such paper submitted to the Court before or at a hearing on the Motion.

| | |
|---|---|
| DATED:   September 28, 2021 | /s/ Steven L. Bloch<br>Steven L. Bloch<br>Ian W. Sloss<br>**SILVER GOLUB & TEITELL LLP**<br>184 Atlantic Street<br>Stamford, CT 06901<br>Tel.: (203) 325-4491<br>Fax: (203) 325-3769<br>sbloch@sgtlaw.com<br>isloss@sgtlaw.com<br><br>Aaron M. Zigler<br>Robin Horton Silverman*<br>ZIGLER LAW GROUP, LLC<br>308 S. Jefferson Street<br>Suite 333<br>Chicago, IL 60661<br>Tel: (312) 673-8427<br>aaron@ziglerlawgroup.com<br>robin.horton@ziglerlawgroup.com<br><br>**pro hac vice* forthcoming<br><br>*Attorneys for Plaintiffs* |