```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEAGAN ALBERT, ANGELA ARROWSMITH, ELIZABETH AUSTIN, ALYSSA MEGAN BARB, COURTNEY BARRON, ASHLEY BAXTER, BRITTANY BENNETT, CRYSTAL BRINIG, AUGUSTINA BRIONES, CAMARIE BROOMFIELD, ANA BUTKUS, MAYELIN CARRANZA, SAMANTHA CLARK, MELANIE COLE, KIMBERLY CONWAY, MICHELLE CORBETT, ANGELA COX, BRANDY DAVIS, KALEY DEFORD, CHELZY DESVIGNE, BRITTANY DISTASO, ALANA DOYETO, SUDIPTA DUTTA, SAMANTHA EDWARDS, AYAME TATIANA GALASSINI, MARCELA GARCÍA, KELSEY GLENNON, CHRISTINA GORDON, AUSTIN GUNDERSEN, AMANDA HILL, SHANNON HERRINGTON, LILLIAN HINKLE, AMANDA HOBBS-ROGERS, YUHWA JANG, REBECCA KEETON, SARA KILBURN, SARAH KNAAPEN, KARLEEN KOZACZKA, APRIL LOCKHART, ANDREW LOHSE, LORI ANN LOUIS, SAMANTHA LUI, ASHLEY MARTINEZ, ELIZABETH MCDOWELL, LORI-ANN MCKENZIE-HENRY, JANICE TAINA MERCADO GUADALUPE, LYRIK MERLIN, LOUKEVIA MOORE, ANDREA MOZO, LEAH OSTAPCHENKO, CORINTHEA PANGELINAN, MIA PELLETIER, ASHLEY PIERCE, JANINNE PRICE, DEBBIE REED, KASSANDRA ROMERO, MAGGIE ROUSE, BRIDGET SALOPEK, LEA SANTOS, AMANDA SCHRAM, PORSCHE STOKES, RACHEL STRATTON, ASHLEY SWENNINGSON, MARGO TEZENO, SHILOH THOMAS, CASEY TISDALE, RACHAEL TREETOP, SONJA RENÉE TWIGGS, BRITTANY WALLACE, NATALIE WILLIAMS, AMBER WRIGHT, RETRENA YOUNGE, CHARISSE ZAPATA, and CHRISTEN ZULLI, individually and on behalf of all others similarly situated,

                Plaintiffs,

          -against-

NURTURE, INC.,

                Defendant.

1:21-cv-8030-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      This action was referred to me as related to *In re Nurture Baby Food Litigation*, No. 21-cv-1217-MKV. Pursuant to the Order of Consolidation entered in that case [ECF No. 47], any actions assigned to me asserting consumer-protection type claims against Nurture, Inc. that arise from the same factual allegations as the consolidated actions—that Nurture's baby food products are and were tainted with toxic heavy metals—shall be consolidated for all purposes with the consolidated actions. The Complaint in this action asserts only consumer-protection type cases against Nurture based on the same factual allegations as the consolidated actions. [*See generally* ECF No. 1.]

      Accordingly, IT IS HEREBY ORDERED that this action shall be consolidated with *In re Nurture Baby Food Litigation*, No. 21-cv-1217-MKV. The deadlines set forth in the Order of Consolidation govern.

**SO ORDERED.**

**Date: October 20, 2021**　　　　　　　　　　　　　　　　　　　　　　　　　　     */s/ Mary Kay Vyskocil*
　　　　**New York, NY**　　　　　　　　　　　　　　　　　　　　　　　　　　     **MARY KAY VYSKOCIL**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　     **United States District Judge**